United States Bankruptcy Court
Central District of California

In re:
Djuna Yasmin Citrin
    Debtor

Case No. 15-15800-RK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2      Date Rcvd: Jul 27, 2015
    Form ID: b18      Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2015.

```
db             +Djuna Yasmin Citrin,    823 Pacific St,    Santa Monica, Ca 90405-1372
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
36189680       +American Coradius International,    2420 Sweet Home Rd Ste 150,    Amherst, NY 14228-2244
36189693       +CMRE Financial,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
36189687        Cell Science Systems,    852 S Military Trl,    Deerfield Beach, FL 33442-2985
36189692       +Client Services Inc,    3451 Harry S Truma,    St Charles, MO 63301-9816
36189695        Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
36189696        Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
36189699       +Gatestone,    1000 N West St Ste 1200,    Wilmington, DE 19801-1058
36453045        Genova Diagnostics,    Pacific St Apt E,    Santa Monica, Ca 90408
36189700       +ICQ Search And Recovery,    15490 Civic Dr Ste 206,    Victorville, CA 92392-2382
36189705        Jennifer Sudarsky Md,    3201 Wilshire Blvd Ste 211,    Santa Monica, CA 90403-2337
36189706        Josiah Citrin,    1057 Nowita Pl,    Venice, CA 90291-3518
36189708       +Laboratory Corporation Of America,    508 South Lexington Avenue,    Burlington, NC 27215-5827
36189707       +Laboratory Corporation Of America,    Po Box 2240,    Burlington, NC 27216-2240
36189709       +Laboratory Corporation Of America,    C/O American Medical Collection Agency,
                 508 South Lexington Avenue,    Burlington, NC 27215-5827
36189710       +Leo Indianer M.D.,    23642 Lyons Ave # 222135,    Newhall, CA 91322-6001
36189712       +M Leonard & Associates,    14520 Erwin St,    Van Nuys, CA 91411-2340
36189714        Metametrix Clinical Lab,    3425 Corporate Way,    Duluth, GA 30096-2552
36189715        Norman A Brooks Md,    16311 Ventura Blvd Ste 690,    Encino, CA 91436-4322
36189716       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
36189717        Northstar Location,    4285 Genesee St,    Cheektowaga, NY 14225-1943
36189719       +Pathology Inc,    19951 Mariner Ave Ste 150,    Torrance, CA 90503-1738
36189718       +Pathology Inc,    C/O ICQ Search And Recovery,    19951 Mariner Ave Ste 150,
                 Torrance, CA 90503-1738
36189720       +Pathology, Inc,    Po Box 54050,    Los Angeles, CA 90054-0050
36189724       +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
                 Chicago, IL 60661-3631
36189725        Transunion Consumer Relations,    PO Box 2000,    Chester, PA 19016-2000
36189726       +UCLA Medical Group,    Po Box 748156,    Los Angeles, CA 90074-8156
36189727       +Van Ru Credit Corporation,    1350 E Touhy Ave Ste 300E,    Des Plaines, IL 60018-3342
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: QDAGILL.COM Jul 28 2015 02:28:00      David A Gill (TR),    Danning, Gill, Diamond & Kollitz,
                 1900 Avenue of the Stars, 11th Floor,    Los Angeles, CA 90067-4699
smg             EDI: EDD.COM Jul 28 2015 02:29:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jul 28 2015 02:28:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
36189681       +EDI: RMCB.COM Jul 28 2015 02:28:00      American Medical Coll,    4 Westchester Plaza,
                 Elmsford, NY 10523-1612
36189682       +EDI: RMCB.COM Jul 28 2015 02:28:00      American Medical Collection Agency,
                 4 Westchester Plaza Building 4,    Elmsford, NY 10523-1612
36189683        EDI: AMEREXPR.COM Jul 28 2015 02:28:00      Amex,    Po Box 981535,    El Paso, TX 79998-1535
36189684       +EDI: ARSN.COM Jul 28 2015 02:28:00      Ars National Services Inc,    Po Box 469100,
                 Escondido, CA 92046-9100
36189685        EDI: BANKAMER.COM Jul 28 2015 02:29:00      Bank Of America,    C/O Gatestone,    Po Box 982238,
                 El Paso, TX 79998
36189686        EDI: CAPITALONE.COM Jul 28 2015 02:28:00      Cap One,    Po Box 85520,    Richmond, VA 23285
36189688        EDI: CHASE.COM Jul 28 2015 02:28:00      Chase,    C/O Client Services, Inc,    PO Box 15298,
                 Wilmington, DE 19850-5298
36189690       +EDI: CITICORP.COM Jul 28 2015 02:28:00      Citi Cards,    C/O ACI,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
36189691       +EDI: CITICORP.COM Jul 28 2015 02:28:00      Citi Cards,    C/O ARS National Services Inc,
                 Po Box 6241,    Sioux Falls, SD 57117-6241
36189689       +EDI: CITICORP.COM Jul 28 2015 02:28:00      Citi Cards,    C/O Northland Group Inc,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
36189694        EDI: DISCOVER.COM Jul 28 2015 02:28:00      Discover Financial,    C/O Van Ru Credit Corporation,
                 PO Box 15316,    Wilmington, DE 19850-5316
36189697        EDI: FSAE.COM Jul 28 2015 02:29:00      Firstsource Advantage LLC,    205 Bryant Woods S,
                 Buffalo, NY 14228-3609
36189698        EDI: CALTAX.COM Jul 28 2015 02:28:00      Franchise Tax Board,    Personal Bankruptcy MS A340,
                 PO Box 2952,    Sacramento, CA 95812-2952
36189704        EDI: IRS.COM Jul 28 2015 02:29:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
36189711        E-mail/Text: support@libertycreditorservice.com Jul 28 2015 02:31:41
                 Liberty Creditor Services,    PO Box 268,    Glendale, CA 91209-0268
36189721        EDI: PRA.COM Jul 28 2015 02:28:00      Portfolio Recovery,    120 Coroporate Blvd Ste 100,
                 Norfolk, VA 23502
36189722       +EDI: AISTMBL.COM Jul 28 2015 02:28:00      T-Mobile,    Po Box 51843,
                 Los Angeles, CA 90051-6143
36189723        EDI: AISTMBL.COM Jul 28 2015 02:28:00      T-Mobile Bankruptcy Team,    PO Box 53410,
                 Bellevue, WA 98015-3410
```

```
District/off: 0973-2           User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2015
                               Form ID: b18             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                           TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
36189701*         ICQ Search And Recovery,    15490 Civic Dr Ste 206,   Victorville, CA 92392-2382
36189702*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Centralized Insolvency Operation,
                 Po Box 21126,   Philadelphia, PA 19114-0326)
36189703*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114-0326)
36189713*       +M.Leonard & Associates,    14520 Erwin Street,   Van Nuys, CA 91411-2340
                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2015                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2015 at the address(es) listed below:

```
          David A Gill (TR)    trusteeECF@dgdk.com,  dgill@ecf.epiqsystems.com;DanningGill@Gmail.com
          Scott   Kosner    on behalf of Debtor Djuna Yasmin Citrin scottK@tysonfirm.com,
           albert@tysonfirm.com
          United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                                                                TOTAL: 3
```

B18 (Official Form 18)(12/11)

**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Djuna Yasmin Citrin

**BANKRUPTCY NO.** 2:15–bk–15800–RK

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8708
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 7/27/15

**Address:**
823 Pacific St
Santa Monica, Ca 90405

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: July 27, 2015

**Kathleen J. Campbell**
Clerk of the Court

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

(Form b18–DIS Rev. 12/2011) VAN–30                                                                                          10 / AUT

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.